In the Matter of Herald Company, et al., Respondents, v James C. Tormey, III, Individually and as a Judge of the City Court of the City of Syracuse, et al., Appellants.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Supreme Court, Lowery, J. (Appeal from judgment of Supreme Court, Onondaga County, Lowery, Jr., J.—art 78.) Present—Denman, J. P., Boomer, Green and Davis, JJ. [See, 142 Misc 2d 675.]